UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**Carlos FIGUEROA-Gaona**<br><br>Defendant | Magistrate Docket No. '09 MJ0835<br>Case No.<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, United States Code, Section 1326<br>Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about, **March 9, 2009,** within the Southern District of California, defendant, **Carlos FIGUEROA-Gaona,** an alien, who previously had been excluded, deported and removed from the United States to Mexico was found in the United States without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, § 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, § 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS THE DAY, **10th DAY** OF **March, 2009**

_____
MAGISTRATE JUDGE

Continuation of Complaint
RE: Carlos FIGUEROA-Gaona

## STATEMENT OF FACTS

As part of my assigned duties on the United States Border Patrol, Smuggling Interdiction Group/Criminal Alien Squad (SIG/CAS), I review various sources in order to determine if criminal aliens who have been previously removed from the United States have returned to the United States, in violation of Title 8, United States Code § 1326. This includes but is not limited to, current or past incarceration history, traffic violations, vehicle registration, law enforcement field interviews and/or current/past investigations. On March 9, 2009, I used DHS systems to conduct official record checks on **Carlos FIGUEROA-Gaona**, hereinafter referred to as the defendant, a previously deported alien.

DHS records confirmed an Administrative Deportation/Removal Order on October 19, 2000. DHS records show the defendant with three reinstatements of deportation with the last occurring on July 24, 2007. DHS Form I-205, Notice to Alien Ordered Removed/Departure Verification, confirms the defendant's exit from the United States into Mexico through the Calexico, Port of Entry.

On March 9, 2009, United States Border Patrol Agent Alexander Roozen was performing surveillance operations on the 100 block of S. 47th Street in San Diego, California. Agent Roozen saw the defendant exit a residence, stand outside for a few minutes and enter the residence. Agent Roozen recognized the defendant's physical likeness from DHS system photographs.

Nothing contained in DHS system records show that the defendant has applied to the Attorney General of the United States or the Secretary of Department of Homeland Security for permission to re-enter the United States.

Based on the foregoing there is probable cause to believe that **Carlos FIGUEROA-Gaona** has illegally re-entered the United States after deportation in violation of Title 8 of the United States Code, § 1326, deported alien found in the United States.